**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6165**

———————

RONALD B. MCINNIS,

 Petitioner - Appellant,

 versus

KEITH MCLEAN, Administrator, GCDC; ATTORNEY
GENERAL OF THE STATE OF SOUTH CAROLINA;
CHARLES CONDON,

 Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  C. Weston Houck, Chief District
Judge.  (CA-95-3483-3-12-BC)

———————

Submitted:  December 17, 1998       Decided:  January 5, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald B. McInnis, Appellant Pro Se.  Lauri J. Soles, OFFICE OF THE
ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald B. McInnis appeals from the district court's order denying relief on his motion filed under Fed. R. Civ. P. 60(b)(1), in which he sought to vacate the court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McInnis v. McLean, No. CA-95-3483-3-12-BC (D.S.C. Jan. 5, 1998). We deny McInnis' motions for relief based on new evidence and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED